IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN MENEFEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:08-cv-1992-LSC-PWG |
| JAMES WASHINGTON, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF OPINION

After conducting an evidentiary hearing in the above-styled case, the magistrate judge filed a findings and recommendation on July, 12 2011. The magistrate judge recommended that judgment in favor of the defendant be entered. No objections to the proposed findings of fact and conclusions of law have been filed by either party.

Having carefully reviewed and considered all of the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendations are ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. A Final Judgment will be entered.

Done this 19th day of August 2011.

                                                          L. SCOTT COOGLER
                                       UNITED STATES DISTRICT JUDGE

                                                                                       167458